DAVID A. TORRES AND ASSOCIATES
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
RAFAEL ANTONIO GUILART ROJAS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAFAEL ANTONIO GUILART ROJAS,<br><br>Defendants. | Case No.1:17-cr-00017 SAB<br><br>STIPULATION AND ORDER TO ADVANCE STATUS HEARING AND REQUEST BENCH WARRANT BE RECALLED |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE STANELY A. BOONE AND MEGAN RICHARDS, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, RAFAEL ROJAS, by and through his attorney of record, DAVID A. TORRES hereby requesting that the status conference hearing currently set for Thursday, June 15, 2017, be advanced to June 8, 2017.

On June 1, 2017, a status conference was heard before the Honorable Judge Boone. Mr. Nicholas Reyes appeared on my behalf as I was home ill. Mr. Rojas failed to appear at this court hearing and a bench warrant was issued. There was a miscommunication between myself and my staff wherein I thought a waiver of appearance had been filed with the court. I am respectfully requesting that this matter be advanced so that the warrant may be recalled. I have spoken to AUSA Megan Richards and she has no objections to advancing this matter

//

//

1

**IT IS SO STIPULATED.**

DATED: 6/1/2017

Respectfully Submitted,
*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
RAFAEL ROJAS

DATED: 6/1/2017

*/s/Megan Richards*
MEGAN RICHARDS
Assistant U.S. Attorney

## **ORDER**

The status conference currently set for June 15, 2017 be advanced to June 8, 2017 at 10:00 a.m. The defendant is ordered to appear. The warrant will remain active until the defendant makes his appearance in court.

IT IS SO ORDERED.

Dated: **June 5, 2017**

UNITED STATES MAGISTRATE JUDGE