| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | JEFFREY A. SPIVAK<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00017-SAB |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO VACATE TRIAL DATE |
| v. | Hon. Stanley A. Boone |
| RAFAEL ANTONIO GUILARTE ROJAS, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial beginning on January 30, 2018.

2. On January 22, 2018, the defendant appeared and entered his plea of guilty to the sole count of the information. Sentencing was set for May 31, 2018.

///
///
///
///
///
///

1

3. By this stipulation, the parties stipulate and request that the Court vacate the trial date.

IT IS SO STIPULATED.

Dated: January 22, 2018
McGREGOR W. SCOTT
United States Attorney

/s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated: January 22, 2018
/s/ DAVID TORRES
DAVID TORRES
Counsel for Defendant
RAFAEL ANTONIO
GUILARTE ROJAS
(Authorized by email 1/22/2018)

**ORDER**

IT IS SO ORDERED.

Dated: **January 22, 2018**

UNITED STATES MAGISTRATE JUDGE