1  DAVID A. TORRES AND ASSOCIATES
   David A. Torres, SBN135059
2  1318 K. Street
3  Bakersfield, CA 93301
   Tel: (661)326-0857
4  Fax: (661)326-0936
   Email: dtorres@lawtorres.com
5
6  Attorney for:
   RAFAEL ANTONIO GUILARTE ROJAS

7                    UNITED STATES DISTRICT COURT
8                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-CR-00017-SAB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| RAFAEL ANTONIO GUILARTE ROJAS, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE STANLEY A. BOONE AND MICHAEL TIENRNEY, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, RAFAEL ANTONIO GUILARTE ROJAS , by and through his attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for Thursday, May 3, 2018, be continued to June 21, 2018.

There was an unexpected death in the family yesterday afternoon. I am requesting a continuance in order to prepare and arrange the funeral services. I have spoken to AUSA Michael Tierney and he has no objection to the continuance.

//

//

//

//

//

1

**IT IS SO STIPULATED.**

DATED: May 2, 2018

Respectfully Submitted,
*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
Rafael Antonio Guilarte Rojas

DATED: May 2, 2018

*/s/Michael G. Tierney*
MICHAEL G. TIERNEY
Assistant U.S. Attorney

# ORDER

The sentencing hearing currently set for May 3, 2018, before Magistrate Stanley A. Boone is continued to June 21, 2018 at 10:00a.m.

IT IS SO ORDERED.

Dated: **May 2, 2018**

UNITED STATES MAGISTRATE JUDGE